UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

POLEN SANAYI TEKSTIL DIS TICARET
ANONIM SIRKETI,

                    Plaintiff,

-against-

HEDAYA CAPITAL GROUP, INC., and
ORIGINAL GARMENT CREATORS, LLC a/k/a
Max 'n Chester

                    Defendants.

------------------------------------------------------------x

Civil Action No.: 1-18-cv-08184

**DEFAULT JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/19

This action was commenced on September 9, 2018, by filing a Complaint and requesting the issuance of Summons for Defendants. Complaint and Summons were personally served on Defendant ORIGINAL GARMENT CREATORS, LLC a/k/a/ Max 'n Chester on September 12, 2018; the Affidavit of Service was filed on September 13, 2019 (*See Docket entry No. 11*). A First Amended Complaint was filed with this Court on September 27, 2019 (*See Docket Entry No. 16*) and consequently this Court issued an Amended Summons on October 3, 2019 (*See Docket Entry No. 23*). Amended Summons and First Amended Complaint were personally served on Defendant ORIGINAL GARMENT CREATORS, LLC a/k/a Max 'n Chester on October 5, 2018; Affidavit of Service for Amended Summons and First Amended Complaint were filed on October 9, 2018 (*See Docket Entry No. 26*) and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

1

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant ORIGINAL GARMENT CREATORS, LLC a/k/a Max 'n Chester in the liquidated amount of $95,527.09, plus interest at 9% from April 2, 2018, for a total as of October 21, 2019 of $109,282.56

Dated: New York, New York
       Nov. 26, 2019

_____
U.S.D.J.

This document was entered on the docket on

_____.